

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-19-00092-CV

| | | |
|---|---|---|
| TOMMY N. LEAGUE JR., DENISE M. LEAGUE, AND ANY OTHER OCCUPANTS OF 2220 ARCHER TRAIL, DENTON, TEXAS 76209, Appellants | § | On Appeal from |
| | § | County Court at Law No. 2 |
| | § | of Denton County (CV-2019-00302-JP) |
| V. | | |
| | § | August 22, 2019 |
| HSBC BANK USA, NATIONAL ASSOCIATION, AS TRUSTEE FOR SG MORTGAGE SECURITIES TRUST 2005-OPT1, ASSET BACKED CERTIFICATES, SERIES 2005-OPT1, Appellee | § | Opinion by Justice Womack |

## JUDGMENT

This court has considered the record on appeal in this case and holds that the appeal should be dismissed. It is ordered that the appeal is dismissed for want of prosecution.

SECOND DISTRICT COURT OF APPEALS


By /s/ Dana Womack
    Justice Dana Womack